**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00111-CV

_____

## IN RE WISENBAKER BUILDER SERVICES, INC., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Wisenbaker Builder Services, Inc. filed a petition for writ of mandamus challenging the trial court's November 1, 2023 order compelling Relator to participate in arbitration.[1]

---

[1] The underlying case is *Arlindo Campos and Katia Campos v. Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd.; Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. v. Big Tex Air Conditioning, Inc. v. City Framers, LLC, Installed Building Products of Houston, LLC, Arnulfo Rodriguez Roofing Co., Inc., and Rosenberg Plumbing Service, Inc.,*

The petition is denied. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

---

Cause No. 21-CV-2291, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared Robinson presiding.